IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.K., by and through her parent C.K., et al., <br><br> *Plaintiff,* <br><br> v. <br><br> COUNCIL ROCK SCHOOL DISTRICT, et al., <br><br> *Defendants.* | CIVIL ACTION <br> NO. 25-294 |

## ORDER

**AND NOW**, this 17th day of April, 2025, upon consideration of the Defendants' Motions to Dismiss, (ECF Nos. 6 & 8), Plaintiffs' Response, (ECF No. 14), and Defendant Council Rock School District's Reply, (ECF No. 16), it is **ORDERED** that Defendants' Motions are **GRANTED** and Plaintiffs' Complaint is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1